UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles M. Izzo, Attorney for Debtor "4691"
116 North 2nd Street, Suite 204
Camden, New Jersey 08102
856-757-0550
856-757-9071 - Fax

In Re: **Kenneth R. Morgan**
**111 Merle Lane**
**Swedesboro, NJ 08085**

Case No.: 20-18861

Chapter:

Judge: ABA

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Select Portfolio Servicing
(Example: John Smith, creditor)

Old address: P.O. Box 65250
Swedesboro, NJ 08085

New address: P.O. Box 65250
Salt Lake City, UT 84165

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 8-31-20

Signature

Charles M. Izzo, Attorney
116 North 2nd Street
Camden, NJ 08102

rev.2/1/16