| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Gary J. Zangerle, Esquire<br>505 South Lenola Road, Suite 201<br>Moorestown, New Jersey 08057<br>856-234-1810<br>856-222-9872 fax<br>gzangerle@zangerleesquire.com<br>Attorney for the Beckett Association, Inc.<br><br>In Re:<br><br>Kenneth R. Morgan,<br><br>                     Debtor | Case No:     20-18861-ABA<br><br>Judge:  Andrew B. Altenburg, Jr. |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

TO:    United States Bankruptcy Court
         401 Market Street
         Camden, New Jersey 08101-2067

         Charles M. Izzo, Esquire
         Attorney for Debtor
         116 N. 2nd Street #204
         Camden, NJ 08102

         Isabel C. Balboa, Trustee
         Cherry Tree Corporate Center
         535 Route 38, Suite 580
         Cherry Hill, NJ 08002

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the Beckett Association, Inc. in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the undersigned.

2

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and paper referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, telephone, telegraph, telex or otherwise which may effect the rights or interests, in any way of/in the above-captioned matter.

Dated:  08/31/2021                                         /s/ Gary J. Zangerle
                                                            Gary J. Zangerle, Esquire
                                                            Attorney for the Beckett Association, Inc.