Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-18861 (ABA)**

Kenneth R. Morgan  
111 Merle Lane  
Swedesboro, NJ  08085

Monthly Payment: $630.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2021 | $525.00 | 02/08/2021 | $525.00 | 03/08/2021 | $525.00 | 04/09/2021 | $525.00 |
| 05/10/2021 | $525.00 | 06/09/2021 | $525.00 | 07/12/2021 | $582.00 | 08/09/2021 | $582.00 |
| 09/10/2021 | $582.00 | 10/19/2021 | $678.00 | 11/08/2021 | $630.00 | 12/15/2021 | $630.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KENNETH R. MORGAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES M. IZZO, ESQUIRE | 13 | $3,200.00 | $3,200.00 | $0.00 | $0.00 |
| 1 | CREDENCE RESOURCE MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ENHANCED RECOVERY CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | RHYANES MORGAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING, INC. | 24 | $27,725.12 | $4,758.21 | $22,966.91 | $0.00 |
| 6 | SELECT PORTFOLIO SERVICNG | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND FUNDING, LLC | 33 | $774.52 | $0.00 | $0.00 | $0.00 |
| 8 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | VERICREDSOL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CHARLES M. IZZO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | AMERICAN INFOSOURCE, LP | 33 | $2,447.71 | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $303.06 | $0.00 | $0.00 | $0.00 |
| 14 | CACH, LLC | 33 | $4,679.37 | $0.00 | $0.00 | $0.00 |
| 15 | BECKETT ASSOCIATION, INC. | 24 | $2,085.00 | $135.45 | $1,949.55 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2020 | 12.00 | $0.00 |
| 08/01/2021 | Paid to Date | $6,939.00 |
| 09/01/2021 | 47.00 | $630.00 |
| 08/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,834.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $577.08 |
| Arrearages: | $0.00 |
| Attorney: | CHARLES M. IZZO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**