Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−18861−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kenneth R. Morgan
    111 Merle Lane
    Swedesboro, NJ 08085

Social Security No.:
    xxx−xx−6802

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/8/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 8, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 20-18861-ABA

Kenneth R. Morgan                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                   Page 1 of 2

Date Rcvd: Nov 08, 2022                    Form ID: 148                              Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Morgan, 111 Merle Lane, Swedesboro, NJ 08085-1534 |
| 518905192 | + | RHYANES Morgan, 111 Merle Lane, Swedesboro, NJ 08085-1534 |
| 518905194 | +++ | Select Portfolio Servicing, PO Box 65250, Salt Lake City UT 84165-0250 |
| 518916359 | + | U.S. Bank National Association, Denise Carlon, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518905196 | + | Vericredsol, 599 Topeka Way, Castle Rock, CO 80109-3130 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518978361 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2022 20:44:03 | CACH, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518905189 | + | Email/Text: bankruptcy@credencerm.com | Nov 08 2022 20:40:00 | Credence Resource Management, LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518905190 | + | EDI: CCS.COM | Nov 09 2022 01:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518905191 | + | Email/Text: bknotice@ercbpo.com | Nov 08 2022 20:40:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518967933 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2022 20:44:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518939485 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 08 2022 20:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518905195 | | Email/Text: legalservices12@snaponcredit.com | Nov 08 2022 20:39:00 | Snap On Crdt, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 518905193 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 08 2022 20:40:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518919548 | + | EDI: AIS.COM | Nov 09 2022 01:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518930578 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 08 2022 20:40:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

District/off: 0312-1                          User: admin                                Page 2 of 2
Date Rcvd: Nov 08, 2022                       Form ID: 148                          Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519297777 | | Beckett Association, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022                  Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Izzo | |
| | on behalf of Debtor Kenneth R. Morgan cminj2001@yahoo.com izzocr79754@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Seri dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J. Zangerle | |
| | on behalf of Creditor Beckett Association  Inc. zangerle@ZangerleLaw.comcastbiz.net |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6